IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 04-20049-Ma |
| | ) | |
| TEMEIKA MICKENS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY**

This cause came on for a report date on March 25, 2005. Defense counsel requested a continuance of the present trial date in order to allow for additional preparation in the case.

The Court granted the request and continued the trial date to the rotation docket beginning May 2, 2005 at 9:30 a.m., with a report date of Thursday, April 21, 2005 at 2:00 p.m.

The period from March 25, 2005 through May 13, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the interests of justice in allowing additional time to prepare outweigh the need for a speedy trial.

**IT IS SO ORDERED** this 20th day of April, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-25-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 113 in case 2:04-CR-20049 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT