UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUN 30 PM 2:42
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TEMEIKA MICKENS,

    Defendant.

Case Number 04-20049-Ma

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Indictment returned against Temeika Mickens is dismissed in accordance with the Order Granting Government's Motion to Dismiss Indictment, docketed June 24, 2005.

APPROVED:

_/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

June 30, 2005
(DATE)

THOMAS M. GOULD
CLERK

_Earline Drayer_
(by) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-30-05

(128)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 128 in case 2:04-CR-20049 was distributed by fax, mail, or direct printing on June 30, 2005 to the parties listed.

---

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT